**No. 10-10795. Vincent Trujillo, Petitioner v. Angel Medina, Warden, et al.**

565 U.S. 850, 132 S. Ct. 173, 181 L. Ed. 2d 84, 2011 U.S. LEXIS 6102.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 406 Fed. Appx. 280.